IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA BLADES, ANGELA WILBORN, MEGAN WHELPLEY, MIA CANADA, JERMAINE MYERS, and AHSAKI BROWN<br><br>Plaintiffs,<br><br>v.<br><br>CORINTHIAN COLLEGES, INC., and EVEREST COLLEGE,<br><br>Defendants. | CIVIL NO. 1:13-cv-03338-MHS |

## ORDER

Upon review of the parties' Joint Motion for Approval of Settlement Agreement, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over the provisions of the Fair Labor Standards Act as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, it is ORDERED that the Joint Motion for Approval of Settlement Agreements is GRANTED and the referenced settlement agreement is APPROVED.

Accordingly, this action is DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs, except as otherwise agreed in writing. The Clerk is directed to CLOSE this case.

DONE and ORDERED this 27th day of April, 2015.

_____
Honorable Marvin H. Shoob
Senior Judge, United States District Court
Northern District of Georgia

Copies furnished to:

Counsel of record